■ In the Matter of GARY PISANI, Appellant, v RAYMOND KELLY, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. [817 NYS2d 59]—

Order and judgment (one paper), Supreme Court, New York County (Doris Ling-Cohan, J.), entered March 8, 2005, which denied petitioner police officer's application to annul respondents' determination denying him accidental disability retirement benefits, and dismissed the petition, unanimously affirmed, without costs.

The determination is supported by uncontradicted psychological opinion that petitioner's disabling posttraumatic stress disorder was caused not by a qualifying accident but by accumulated stress related to a series of traumatic experiences over the course of 13 years of service (*see Matter of Hipple v Ward*, 146 AD2d 201 [1989], *lv denied* 74 NY2d 614 [1989]). In any event, petitioner's monthlong involvement with disfigured victims of an acid-thrower, which he claims was the precipitating cause of his disability, was not an accident (see *Matter of Baird v Kelly*, 25 AD3d 311, 313 [2006]). Concur—Saxe, J.P., Marlow, Nardelli, Catterson and McGuire, JJ.